**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bernardo BALDERAS, Defendant–Appellant.**

**No. 12–50431.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 20, 2013.

Bruce R. Castetter, Assistant U.S., Office of The U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Harini P. Raghupathi, Esquire, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Bernardo Balderas appeals from the district court's judgment and challenges the 18–month sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Balderas contends that the district court erred by failing to explain its sentence sufficiently in light of the 18 U.S.C. § 3583(e) sentencing factors and to respond adequately to his arguments in mitigation. We review for plain error, *see United States v. Valencia–Barragan,* 608 F.3d 1103, 1108 & n. 3 (9th Cir.2010), and find none. The record reflects that the court considered Balderas's arguments in mitigation, and its explanation of the sentence imposed was legally adequate. *See* 18 U.S.C. § 3553(c); *United States v. Carty,* 520 F.3d 984, 992–93, 995 (9th Cir.2008) (en banc).

Balderas also contends that the district court imposed a substantively unreason-able sentence by giving too much weight to his breach of trust and too little weight to mitigating factors. The district court did not abuse its discretion in imposing Balderas's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The consecutive sentence at the low-end of the Guidelines range is substantively reasonable in light of the totality of the circumstances and the section 3583(e) factors, including the fact that Balderas was convicted of importing methamphetamine while he was on supervised release in connection with a prior conviction for importing marijuana. *See* U.S.S.G. § 7B1.3(f); *Gall,* 552 U.S. at 51, 128 S.Ct. 586; *United States v. Simtob,* 485 F.3d 1058, 1062–63 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.